UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL MAGEE, aka RUCHELL CINQUE MAGEE, | ) Case No. CV 09-5784-ABC(RC) ) ) |
| Petitioner, | ) JUDGMENT ) |
| vs. | ) ) |
| K. CLARK, WARDEN, | ) ) |
| Respondent. | ) ) |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus of vexatious litigant Ruchell Magee, aka Ruchell Cinque Magee, is SUMMARILY DISMISSED pursuant to the Order dated March 3, 1999.

IT IS FURTHER ADJUDGED that the successive habeas corpus petition is summarily dismissed for lack of subject matter jurisdiction.

DATED: August 11, 2009

*/s/ Audrey B. Collins*

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE

R&R-MDO\09-5784.JUD
8/11/09